In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-00423-CV


____________________



EXXON MOBIL CORPORATION, Appellant



V.



VICKIE LYNN HALL, Appellee


 




On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-177,168 






MEMORANDUM OPINION



 The appellant, Exxon Mobil Corporation, and the appellee, Vickie Lynn Hall, filed
a joint motion to dismiss this appeal. The motion is voluntarily made by the parties prior to
any decision of this Court. See Tex. R. App. P. 42.1(a)(2). No other party filed notice of
appeal. We grant the motion and dismiss the appeal. 

 APPEAL DISMISSED.

 

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered January 8, 2009

Before McKeithen, C.J., Gaultney and Kreger, JJ.